IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HAMPTON RON HANLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-2307 |
| | § | |
| CITY OF HOUSTON, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

The plaintiff, Hampton Ron Hanley, has filed a lengthy complaint against a number of defendants. Although this case was removed to federal court, this case is like one of many cases Hanley has filed in the federal courts in this division.[1] All have been dismissed as unintelligible or frivolous. Hanley seeks $100 billion in damages. A review of the complaint reveals a confusing, unintelligible document containing rambling allegations about events beginning in 1989. Rule 8(a) of the Federal Rules of Civil Procedure provides that "[a] pleading that states a claim for relief must contain: (1) a short and plain statement of the grounds for the court's jurisdiction . . . ; (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought . . . ." The Rule requires a short and plain statement to give the defendants fair notice of the claim and the grounds on which it rests. *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007). Even reading Hanley's complaint with the liberal approach for pleadings filed by an unrepresented plaintiff, it is unintelligible. The motions to dismiss are granted, (Docket Entry Nos.

---

[1] Based on Hampton's history as a frivolous litigant, a preclusion order that was entered against him in 2009, *see Hanley v. City of Houston, et al.*, Civ. No. H-09-71, August 5, 2009.

5, 9, 11). This case is dismissed with prejudice for failure to comply with the Federal Rules of Civil Procedure.

SIGNED on September 1, 2017, at Houston, Texas.

                                              Lee H. Rosenthal
                                    Chief United States District Judge